OPINION OF THE COURT
 

 Memorandum.
 

 In affirming the order of the Appellate Division for the reasons stated in the memorandum at the Appellate Division, we note in particular its conclusion that, in essence, the dismissal of plaintiffs action following protracted and repeated delays was for neglect to prosecute (see
 
 Flans v Federal Ins. Co.,
 
 43 NY2d 881). Moreover, in contrast to
 
 Schuman v Hertz Corp.
 
 (17 NY2d 604), here the Justice presiding at Trial Term did not manifest an expectation that the suit would be able to be brought anew under CPLR 205 (subd [a]).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed, with costs, in a memorandum.